ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney

ROBERT SINGER
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Suite 6-100
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
E-Mail: robert.singer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 7 2013

at ___12___ o'clock and __40__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR13 00302** |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| vs. | ) | 18 U.S.C. § 641 |
| | ) | |
| JOHANNA P. RUIZREYES, | ) | |
| | ) | **CLASS "A" MISDEMEANOR** |
| Defendant. | ) | |
| | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about December 28, 2012, in the District of

Hawaii, defendant, JOHANNA P. RUIZREYES, did knowingly steal

things of value to the United States, to wit: fashion accessories

offered for sale by the Navy Exchange.

All in violation of Title 18, United States Code, Section 641.

DATED:    **MAR 2 7 2013**      , at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA
Assistant U.S. Attorney

ROBERT SINGER
Special Assistant U.S. Attorney

United States v. Johanna P. Ruizreyes
Cr. No.
"Information"  CR13 00302