# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>vs. )<br><br>JOHANNA P. RUIZREYES, )<br><br><br>Defendant. ) | CR. NO. 13-00302 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2013

at 9 o'clock and 30 min. A M.
SUE BEITIA, CLERK

## DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated:  Honolulu, Hawaii,  _____APR 2 2 2013_____.

_A. Sarlene_

MIGUEL SAIBENE