ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2013

at ___ o'clock and ___ min, ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 13-00332 |

**NATASHA R MILLER (02)**
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place United States District Court 300 Ala Moana Blvd Honolulu, HI 96850 Ph. (808) 541-1300 (Honolulu Number) | Room AS DESIGNATED |
|---|---|
| Before: Barry M Kurren, United States Magistrate Judge | Date and Time May 7, 2013 @ 9:00 am |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 111.

Brief description of offense:
CT 1:    Assault

U.S. MARSHALS SERVICE HONOLULU, HI.
2013 APR 12 PM 1:53
RECEIVED

| | |
|---|---|
| Sue Beitia, Clerk of Court Name and Title of Issuing Officer | |
| /s/ Sue Beitia by EPS Signature of Issuing Officer/Deputy Clerk | April 9, 2013 Date |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .46 |
|---|---|---|
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.05 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.11 |

Postmark Here
4/12/13

Summons

7006 3450 0000 6141 5695

Sent To *Natasha R. Miller*

Street, Apt. No.; or PO Box No. *1589 Merkle St*

City, State, ZIP+4 *Honolulu 96819*

PS Form 3800, August 2006     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Natasha R. Miller*
*1589 Merkle St.*
*Honolulu, HI 96819*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Natasha Miller*   C. Date of Delivery 4/19/13

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7006 3450 0000 6141 5695

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case No.        CR 13-00332 USA v NATASHA R MILLER

## PROOF OF SERVICE

This summons was received to me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at

*(place)* _____ On *(date)* _____ ;

or

☐ On *(date)* _____ I left the summons at the individuals residence or usual place

of abode with *(name)* _____, a person of suitable age and discretion who

resides there, and I mailed a copy to the indivual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is

authorized to receive service of process on behalf of *(name of organization)*

_____ on *(date)* _____ and I mailed a

copy to the organization's last known address within the district or to its principal place of business

elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

_____ .

I declare that under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's Signature*

_____
*Printed name and title*

Remarks:

2