# MINUTES

CASE NUMBER:     1:13-cr-00302

CASE NAME:     USA v. Johanna P. Ruizreyes

ATTYS FOR PLA:    Robert C. Singer

ATTYS FOR DEFT:   Salina Althof

INTERPRETER:    Miguel Saibene

---

JUDGE:   Kevin S. C. Chang      REPORTER:

DATE:   04/24/2013      TIME:     C5 FTR 9:45 - 9:46

---

COURT ACTION: EP: Initial Appearance; ARRAIGNMENT AND PLEA TO THE INFORMATION hearing - Defendant present, not in custody.

Defendant sworn to Financial Affidavit.
Request for court appointed attorney - GRANTED. Attorney Salina Althof from the Federal Public Defenders Office appointed as counsel for Defendant.

Interpreter Miguel Saibene present - previously sworn.

Defendant's counsel notifies the court that the defendant is a candidate for the Pretrial Diversion Program.

By agreement of both counsel, request to continue 1 year for the purposes of Pretrial Diversion - GRANTED.

Initial Appearance; ARRAIGNMENT AND PLEA TO THE INFORMATION hearing continued to 04/23/2014 @ 9:00am BMK.

cc: Financial

*Submitted by: Bernie Aurio, Courtroom Manager*