FLORENCE T. NAKAKUNI, #2286
United States Attorney
District of Hawaii

BENJAMIN E. DOSKOCIL
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Benjamin.doskocil@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00302 |
|---|---|---|
| | ) | |
| | ) | ORDER FOR DISMISSAL |
| Plaintiff, | ) | WITHOUT PREJUDICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHANNA P. RUIZREYES, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure and by leave of the court endorsed hereon,

the United States Attorney for the District of Hawaii hereby

dismisses without prejudice the Information against Defendant

JOHANNA P. RUIZREYES, due to her making satisfactory adjustment to pretrial diversion by fully complying with the terms and conditions of the Pretrial Diversion Agreement.

The defendant is not in custody on the dismissed charge listed above.

DATED:  April 23, 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

/s/ Benjamin E. Doskocil
By_____
BENJAMIN E. DOSKOCIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Leave of court is granted for the filing of the foregoing dismissal without prejudice.

APPROVED AND SO ORDERED: April 23, 2014, Honolulu, Hawaii.

Richard L. Puglisi
United States Magistrate Judge


United States v. Johanna P. Ruizreyes
Cr. No.: 13-00302
"Order For Dismissal Without Prejudice"

2