# MINUTES

CASE NUMBER:        CR 13-00302RLP

CASE NAME:          UNITED STATES OF AMERICA v. JOHANNA P. RUIZREYES

ATTY FOR PLA:       Benjamin E. Doskocil, SAUSA

ATTY FOR DEFT:      Shanlyn A.S. Park, AFPD

---

JUDGE:    Richard L. Puglisi        REPORTER:    FTR C7F

DATE:     April 23, 2014            TIME:        9:12 a.m. - 9:13 a.m.

---

COURT ACTION:  EP        INITIAL APPEARANCE

A&P TO THE INFORMATION

Defendant is not present.

Counsel informs the Court that the case will be dismissed.

Submitted by: Mary Feria, Courtroom Manager